```
Harry L. Bierley,              :       United States District Court
        Plaintiff              :       Western District of Pennsylvania
    V                          :
Michael Grolumond, et al.,     :           Civ Act No. 2005-49E
        Defendants             :         Judge Thomas M. Hardiman
```

Motion For Leave To File Appeal
In Forma Pauperis
With Affidavit

And now comes the Plaintiff, Harry L. Bierley, before the Honorable Court to request permission to file appeal of the order dated 6/30/05 in forma pauperis, as, he cannot afford to pay the $255.00 appeal fee, and, per the attached Motion To Vacate Judgment, he feels he has many justiciable issues and facts to bring out in the appeal.

I, Harry L. Bierley, am the appellant in the above captioned case, and, that, I am unable to pay the appeal fee due to my poverty, and, I am unable to give security or deposit therefor. I believe I am entitled to redress for violations of my Constitutional Rights to unfettered court access and due proces of law.

I affirm under penalties of perjury per 28 U.S.C. 1746, Unsworn Declarations Under Penalty of Perjury, that the assets and moneys owed listed below are a true and accurate depiction of my financial status.

My only income is 1113.70 dollars per month Social Security Disability.

My set monthly payments are on average:

| | | | |
|---|---|---|---|
| Medicare | $78 | Medicare Co-pays | $50 |
| Vets Hospital Co-pay | 50 | House Taxes | 106 |
| Water | 17 | Sewer + Refuse | 23 |
| Electric | 45 | Legal Expenses | 50 |
| Car Insurance | 75 | Total Aprox $504/mo. | |

My home at 314-316 Poplar St. is supposedly worth $25000, but, it is unlivable due to squatters who trashed it and paid NO rent for Their stay.

I have a CD worth $1353 and another which is confiscated for loan worth $5000, and, I owe: Credit Card One, $407, Credit Card Two, $577, Social Security Repayment Owed, $8113, and PNC Bank Line of Credit Loan, $8612.

Wherefore, I move the Honorable Court to grant me IFP status to appeal the order(s) of 6/27/05 and 6/30/05. It is so prayed.

Respectfully submitted,

Aug 1, 05

Harry L. Bierley, pro se