```
Harry L. Bierley,            :    United States District Court
       Plaintiff             :    Western District of Pennsylvania
                             :
    v                        :
                             :    Civ Act No. 2005-49E
Michael Grolumond, et al     :
       Defendants            :    Judge Thomas M. Hardiman
```

Notice of Appeal

Notice is hereby given, that, Plaintiff Harry L. Bierley hereby appeals to the United States Court of Appeals for the Third Circuit, the order(s) dated 6/27/05 superseded by the one dated 6/30/05.

Date: August 1, 2005

*Harry L. Bierley*
Harry L. Bierley, pro se
c.o. L. Kowalski
3123 German Street
Erie, PA  16504-1073
Ph: 814 454 2550

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-49-E |
| ) | |
| MICHAEL GROLUMOND, DEPUTY ) | |
| SHERIFF, et al., ) | |
| ) | |
| Defendants. ) | |

## CORRECTED ORDER

AND NOW, this 30th day of June, 2005, it is hereby ORDERED that Plaintiff's Motion for Reconsideration of the Order Marking the Case Closed (Doc. No. 24) is hereby DENIED. This Order corrects the Court's Order of June 27, 2005 (Doc. No. 28).

_____
Thomas M. Hardiman
United States District Judge

cc: counsel of record as listed below

Harry L. Bierley
3123 German Street
Erie, PA   16505-1073

Mary E. Butler, Esq.
Administrative Officer of PA Courts
1515 Market Street
Suite 1414
Philadelphia, PA   19102