IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-49-E |
| MICHAEL GROLUMOND, DEPUTY SHERIFF, et al., | ) ) ) ) |
| Defendants. | ) ) |

### CORRECTED ORDER

AND NOW, this 30th day of June, 2005, it is hereby ORDERED that Plaintiff's Motion for Reconsideration of the Order Marking the Case Closed (Doc. No. 24) is hereby DENIED. This Order corrects the Court's Order of June 27, 2005 (Doc. No. 28).

_____
Thomas M. Hardiman
United States District Judge

cc: counsel of record as listed below

Harry L. Bierley
3123 German Street
Erie, PA   16505-1073

Mary E. Butler, Esq.
Administrative Officer of PA Courts
1515 Market Street
Suite 1414
Philadelphia, PA   19102

Patrick M. Carey, Esq.
Marshall Dennehey Warner
Coleman & Groggin
1001 State Street - Renaissance Center
Suite 1400
Erie, PA   16501