IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-49-E |
| | ) |
| MICHAEL GROLUMOND, DEPUTY | ) |
| SHERIFF, et al., | ) |
| | ) |
|       Defendants. | ) |

## **ORDER**

AND NOW, this 15th day of August, 2005, it is hereby ORDERED that Plaintiff's Motion to Vacate (Doc. No. 30) and Motion for Leave to Proceed in Forma Pauperis (Doc. No. 31) are DENIED.

                                                                 s/ Thomas M. Hardiman
                                                                 Thomas M. Hardiman
                                                                 United States District Judge

cc: counsel of record as listed below

| | |
|---|---|
| Harry L. Bierley | Mary E. Butler, Esq. |
| 3123 German St. | Administrative Officer of PA Courts |
| Erie, PA 16504 | 1515 Market Street |
| | Suite 1414 |
| | Philadelphia, PA   19102 |

Patrick M. Carey, Esq.
Marshall Dennehey Warner
Coleman & Groggin
1001  State Street - Renaissance Center
Suite 1400
Erie, PA   16501