UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 05-3696 and 05-3951

Bierley v. Grolumond, et al.

(WDPA No. 05-cv-00049)

**ORDER**

On August 24, 2005, the Clerk docketed an appeal by Mr. Bierley from the order of the district court dated June 30, 2005 and entered on July 1, 2005. The appeal was docketed at No. 05-3696.

On August 31, 2005, the Clerk erroneously opened a second appeal with the same notice of appeal at No. 05-3951. Insofar as the appeal at No. 05-3951 was opened in error, it is hereby O R D E R E D that the appeal at No. 05-3951 is administratively closed. The appeal at No. 05-3696 shall proceed.

For the Court,

/s/ Marcia M. Waldron
Clerk

Date:   September 6, 2005
tyw/clw/cc:   Mr. Harry Bierley
              Mary E. Butler, Esq.
              Patrick M. Carey, Esq.

A True Copy:

Marcia M. Waldron, Clerk