**FPS-451**                                                September 9, 2005
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. <u>05-3696</u>

Bierley v. Grolumond
(W.D. Pa. No. 05-cv-0049E)

To:  Clerk

1)   Motion for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

    The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. <u>See</u> Rule 27.4, <u>Third Circuit Local Appellate Rules</u>.

For the Court,

Marcia M. Waldron
Clerk

Dated: September 12, 2005
CLW/cc: Mr. Harry Bierley
      Patrick M. Carey, Esq.
      Mary E. Butler, Esq.



**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk