DPS-103

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3696

---

HARRY BIERLEY,
Appellant

v.

DEP. SHERIFF MICHAEL GROLUMOND;
ERIK CHRISTENSEN; STEPHEN BRANDON;
SHERIFF ROBERT MERSKI; JUDGE ERNEST DISANTIS

---

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 05-cv-00049)
District Judge: Thomas M. Hardiman

---

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
January 20, 2006

Before: ROTH, FUENTES AND VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

JUDGMENT

---

This cause came on to be heard on the record from United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the appeal is dismissed as

frivolous under 28 U.S.C. § 1915(e)(2)(B). All of the above in accordance with the

Opinion of the Court.

ATTEST:
*Marcia M. Waldron*
Clerk

DATED: February 14, 2006